**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
REYNALDO TRINIDAD,

                Plaintiff,

       -against-

SERVICE CORP., et al.,

                Defendants.

------------------------------------------------------------x

No. 18-CV-6399 (OTW)

**ORDER OF DISMISSAL**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed Plaintiff's letter. (ECF 23). The Court orders that the above-entitled action be, and hereby is, **DISMISSED** with prejudice but without costs. Either party may apply by letter within seven (7) days to restore this action, in which event the action will be restored.

The Clerk of Court is respectfully directed to close the case. Any pending dates and deadlines are **ADJOURNED** *sine die*, and any pending motions are moot.

**SO ORDERED.**

Dated: July 12, 2023
       New York, New York

                                               *s/ Ona T. Wang*
                                               **Ona T. Wang**
                                               United States Magistrate Judge